UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE BRICKLAYERS PENSION TRUST FUND METROPOLITAN AREA, et al.,

    Plaintiffs,

vs.

JOHN D. SIMON,

    Defendant.

Case No. 07-cv-15253-DT

Hon. Robert H. Cleland

---

NOVARA TESIJA, P.L.L.C.
Bryan M. Beckerman (P51925)
Attorneys for Plaintiffs
2000 Town Center, Suite 2370
Southfield, MI 48075
(248) 354-0380
bmb@novaratesija.com

---

## CONTEMPT ORDER

At a session of said Court, held in Detroit, Michigan on **OCT 13 2010**

PRESENT: Hon. **ROBERT H. CLELAND**
U.S. District Court Judge

On October 13, 2010, the Honorable Robert H. Cleland conducted a hearing in which Defendant John D. Simon was ordered to Show Cause before the Court and explain why John D. Simon should not be held in contempt of court for failure to comply with the March 17, 2008 Judgment against Defendant ordering that an audit be conducted as to all periods during which contribution reports have not been filed and to which an audit has not been performed. On said date, Defendant John D. Simon failed to appear, notwithstanding having notice of said hearing.

ACCORDINGLY, IT IS ORDERED that a bench warrant be issued for the arrest of JOHN D. SIMON.

IT IS FURTHER ORDERED that JOHN D. SIMON is to be brought to the Court immediately or released when a cash bond is posted in the amount of $100.00 for personal appearance before the Court at its next session.

IT IS ALSO ORDERED that the Court shall retain jurisdiction of this matter pending satisfaction of this judgment and/or compliance with any additional orders.

IT IS SO ORDERED.

OCT. 1 3 2010

U. S District Court Judge

W:\FUNDS\Bricklayers\COLLECTION\John D. Simon\Pleadings\Contempt Order and Bench Warrant.doc