**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BRICKLAYERS PENSION TRUST FUND -
METROPOLITAN AREA, et al.,

      Plaintiffs,

v.                                      Case No. 07-15253

JOHN D. SIMON,

      Defendant.

                                             /

**OPINION AND ORDER GRANTING MOTION FOR FINAL JUDGMENT**

On March 17, 2008, the court entered judgment for Plaintiffs in an amount to be determined by audit. Following completion of the audit, Plaintiffs moved for entry of final judgment on July 7, 2011. A hearing was held on August 10, 2011. No response or other opposition has been proffered. Accordingly, for the reasons stated on the record,

IT IS ORDERED that Plaintiffs' motion for final judgment [Dkt. # 25] is GRANTED.

                                               s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: August 11, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 11, 2011, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522