**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF THE BRICKLAYERS PENSION
TRUST FUND - METROPOLITAN AREA, et al.,

      Plaintiffs,

                                 Case No. 07-15253

v.

JOHN D. SIMON,

      Defendant.

_____/

**FINAL JUDGMENT**

In accordance with the court's "Opinion and Order Granting Motion for Final

Judgment" dated August 11, 2011,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs

and against Defendant John D. Simon in the amount of $123,138.29.  Dated at Detroit,

Michigan, this 11th day of August 2011.

                               DAVID J. WEAVER
                               CLERK OF THE COURT

                              __S/ Lisa Wagner_____
                          By:  Lisa Wagner, Case Manager
                               to Judge Robert H. Cleland